UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LAMONICA ANDERSON, and**
**JOHN BLOUNT,**

      Plaintiffs,

                                          Civil No.**09-11193**
                                          Hon. John Feikens

      v.

**BASHAWN GAINES, et al**

      Defendants.

_____/


**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **11/05/2009**, and noted that no objections were filed by either party,

      **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.


                                                    **s/John Feikens**
                                                    John Feikens
                                                    United States District Judge

Dated: December 8, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 8, 2009.

s/Carol Cohron
Deputy Clerk